IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40811
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE ALBERTO CRUZ, also known as Jose Alberto Ferufino-Cruz,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-01-CR-530-1
--------------------
February 20, 2003

Before WIENER, EMILIO M. GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:*

     The Federal Public Defender representing Jose Alberto Cruz
has moved for leave to withdraw from the appeal of Cruz's motion
to modify sentence and has filed a brief as required by Anders v.
California, 386 U.S. 738 (1967).  Our independent review of
counsel's brief, Cruz's response, and the record discloses no
nonfrivolous issue.  Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further

     *  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH

CIR. R. 42.2.